UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**JASON D. INMAN**,

           Plaintiff,

   v.

**COMMISSIONER OF SOCIAL SECURITY**,

           Defendant.

Case No. 1:13-cv-00202-KI

JUDGMENT

   Tim Wilborn
   Wilborn Law Office, P.C.
   P.O. Box 370578
   Las Vegas, NV  89137

      Attorney for Plaintiff

   S. Amanda Marshall
   United States Attorney
   District of Oregon
   Adrian L. Brown
   Assistant United States Attorney

Page 1 - JUDGMENT

1000 S.W. Third Ave., Suite 600
Portland, OR 97201-2902

Lars J. Nelson
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Suite 2900 M/S 221A
Seattle, WA 98104-7075

        Attorneys for Defendant

KING, Judge:

        Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

        IT IS SO ORDERED.

        DATED this ___11th___ day of April, 2014.

                                       ___/s/ Garr M. King___
                                       Garr M. King
                                       United States District Judge