UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JASON D. INMAN**,　　　　　　　　　　　　Case No. 1:13-cv-00202-KI

　　　　　Plaintiff,　　　　　　　　　　　　JUDGMENT

　v.

**COMMISSIONER OF SOCIAL SECURITY**,

　　　　　Defendant.

　　　Tim Wilborn
　　　Wilborn Law Office, P.C.
　　　P.O. Box 370578
　　　Las Vegas, NV  89137

　　　　　Attorney for Plaintiff

　　　Billy J. Williams
　　　United States Attorney
　　　District of Oregon

Page 1 - JUDGMENT

Janice E. Hebert
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR 97204-2902

Lars J. Nelson
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Suite 2900 M/S 221A
Seattle, WA 98104-7075

   Attorneys for Defendant

KING, Judge:

Pursuant to the mandate of the Ninth Circuit Court of Appeals, the April 11, 2014 judgment (ECF 21) is vacated, the decision of the Commissioner is reversed, and this action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g).

  IT IS SO ORDERED.

  DATED this   24th   day of January, 2017.

            /s/ Garr M. King
            Garr M. King
            United States District Judge